1 **AMBER A. BAYLOR**
California State Bar No. 248196
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Email: Amber_Baylor@fd.org

5 Attorneys for Mr. Mendoza-Camacho

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE WILLIAM MCCURINE, JR.)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 07MJ2484-WMC |
| 12 Plaintiff, | ) | |
| 13 v. | ) | **NOTICE OF APPEARANCE** |
| 14 CARLOS MENDOZA-CAMACHO, | ) | |
| 15 Defendant. | ) | |

17 Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Amber A. Baylor, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.

20 Respectfully submitted,

22 Dated: October 19, 2007       /s/ *Amber Baylor*
Federal Defenders of San Diego, Inc.
23       Attorneys for Mr. Mendoza-Camacho
       Amber_Baylor@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: October 19, 2007      /s/ *Amber Baylor*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
E-mail: Amber_Baylor@fd.org